JOSIE JACKSON, Respondent, v. JOSEPH LAZARUS, Appellant, Impleaded, etc.— Order so far as appealed from modified as indicated in order and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CECILE SCHATTMAN, Respondent, v. CHARLES W. SCHATTMAN, Appellant.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DETROIT FIDELITY AND SURETY COMPANY, Respondent, v. MURRAY BLANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE RINGLER & COMPANY, Respondent, v. ANGELO TUFO, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED FRIENDS OF HARLEM, INC., Appellant, v. JAMES A. FARLEY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

In the Matter of the Application of CHARLES H. PROFFEN, for a Peremptory Mandamus Order Directing GEORGE P. NICHOLSON, as Corporation Counsel, etc., to Institute Proceedings, etc., to Determine the Compensation for the Damage by Reason of the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CRANE COMMERCIAL CORPORATION, Respondent, v. MAURICE EPSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIUS L. GOLDSTEIN, Respondent, v. HARRY AARONSON and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLARA JEROME, Respondent, v. NATHAN S. JEROME, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RAY GROSSMAN, Appellant, v. ABRAHAM GROSSMAN, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL A. LANDERS v. BORIS GRABELSKY, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.